| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>CHANTEL MORA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-po-00592-MJS |
| Plaintiff, | ) ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT JANUARY 10, 2017 |
| vs. | ) ) | STATUS CONFERENCE; ORDER |
| CHANTEL MORA, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Chantel Mora, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear at the January 10, 2017 status conference, which will be a non-substantive hearing. Ms. Mora agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

Ms. Mora is charged with one count of driving without a license in violation of 36 C.F.R. § 4.2 (California Vehicle Code § 12500(a), one count of driving without registration in violation of 36 C.F.R. § 4.2 (California Vehicle Code § 4000(a)(1), and one count of failure to provide proof of financial responsibility in violation of 36 C.F.R. § 4.2 (California Vehicle Code § 16028(a). On November 1, 2016, Ms. Mora entered a plea of not guilty at her initial appearance.

1  This is Ms. Mora's first request for a waiver of appearance. Ms. Mora currently resides in the
2  Los Angeles area. Ms. Mora is currently unemployed and in the process of looking for work. It
3  would be a serious hardship for Ms. Mora to travel to Yosemite. Accordingly, Ms. Mora
4  respectfully requests the Court grant a waiver of her right and obligation to be personally present
5  at the January 10, 2017 status conference.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: December 29, 2016             */s/ Reed Grantham*
                                            REED GRANTHAM
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CHANTEL MORA


## **O R D E R**

GOOD CAUSE APPEARING, Defendant's request for waiver of personal appearance at the January 10, 2017 status conference in Case No. 6:16-po-00592-MJS, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   January 3, 2017            /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

Mora/Request for Rule 43 Waiver of Appearance