Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHANTEL MORA,<br><br>    Defendant. | Case Number:  6:16-po-0592-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.  The Government has filed a multi-count criminal complaint against Ms. Mora for violations including those alleged in the above case (citation numbers 6378156, 6378157, and 6378155) and respectfully requests the Court dismiss this case.

Dated:  January 26, 2017                    NATIONAL PARK SERVICE

                            _/S/ Susan St. Vincent____
                            Susan St. Vincent
                            Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Mora, Case number 6:16-po-592-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 27, 2017          /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE